08-1037
FILED
MAY 23 2008
US Court of Appeals
4th Circuit

# CORPORATE DISCLOSURE STATEMENT

*Amici Curiae* include publishers of financial news and commentary and First Amendment public interest organizations. *Amici* who participated in the district court proceedings are indicated with an asterisk. The parties, rulings under review, and related cases are accurately stated in the appellants' brief.

## 1. Publishers

- **Forbes LLC** is the publisher of Forbes and other leading magazines, including Forbes Life and Forbes Asia, as well as an array of investment newsletters and the leading business website, Forbes.com. Forbes has been covering American and global business since 1917. Forbes has no parent corporation and no company owns 10% or more of its stock.

- **Hearst Corporation** is a diversified, privately held media company that publishes newspapers, consumer magazines, and business publications. Hearst also owns a leading features syndicate, has interests in several cable television networks, produces programming for television, and is the majority owner of Hearst-Argyle Television, Inc., a publicly traded company that owns and operates numerous television broadcast stations. The Hearst Corporation is privately owned, has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

- **Tribune Company, Inc.** operates businesses in publishing, broadcasting and on the Internet. It reaches more than 80% of U.S. households. In publishing, Tribune operates nine daily newspapers, including The Baltimore Sun, Newsday, Chicago Tribune, the Los Angeles Times, the Hartford Courant, the South Florida Sun-Sentinel, the Orlando Sentinel, the (Allentown) Morning Call and the (Virginia) Daily Press. In broadcasting,

Tribune owns 23 television stations and Superstation WGN on national cable. These publishing and broadcasting interests are complemented by high-traffic news and information web sites. Tribune Company is 100% owned by the Tribune Company Employee Stock Ownership Plan. No publicly held company owns any of its stock.

- **Eagle Financial, Inc.** is the parent company of: Eagle Financial Publications, LLC, publisher of several leading investment newsletters; Regnery Publishing, Inc., a 60-year old trade-book publishing company; Human Events, LLC, publisher of the 64-year-old political newsweekly, Human Events; several current affairs/political e-newsletters; and the Conservative Book Club, established in 1964. Eagle has no parent company and no company owns 10% or more of Eagle's stock.

- **InvestorPlace Media LLC*** is a privately held company that publishes investment advice through newsletters and e-letters. No publicly held corporation owns 10% or more of InvestorPlace Media LLC stock. InvestorPlace Media LLC is a wholly-owned subsidiary of InvestorPlace Holdings LLC which is owned by Avista Capital Partners of New York.

### 2. First Amendment Public Interest Organizations & Trade Associations

- **The American Society of Newspaper Editors** is a professional organization of approximately 750 persons who hold positions as directing editors of daily newspapers in the United States and Canada. The purposes of the Society include assisting journalists and providing unfettered and effective press in the service of the American people. The American Society of Newspaper Editors has no parent corporation and no stock. ASNE is a "trade association" because it is a continuing association of numerous individuals operated for the purpose of promoting the general professional, legislative and other interests of the news media.

- **The California First Amendment Coalition** is a non-profit and nonpartisan public interest organization dedicated to enhancing rights to freedom of speech and open government through educational programs, information services, and litigation. Founded in 1988, CFAC is a membership organization whose members include California newspapers and other news organizations, individual journalists, historians and other academics, community activists, and ordinary citizens who care about government access and accountability. CFAC does not issue stock and has no parent corporation.

- **The Radio-Television News Directors Association** is the world's largest and only professional organization devoted exclusively to electronic journalism. RTNDA is made up of news directors, news associates, educators and students in radio, television, cable and electronic media in more than 30 countries. RTNDA is committed to encouraging excellence in the electronic journalism industry and upholding First Amendment freedoms. The Radio-Television News Directors Association is a nonprofit organization with no parent company and it does not issue stock.

- **The Reporters Committee for Freedom of the Press** is a voluntary, unincorporated association of reporters and editors that work to defend the First Amendment rights and freedom of information interests of the news media. The Reporters Committee has provided representation, guidance and research in First Amendment and Freedom of Information Act litigation since 1970. The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

- **The Society of Professional Journalists** is dedicated to improving and protecting journalism. It is the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior. Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry; works to inspire and educate the next generation of

journalists; and protects First Amendment guarantees of freedom of speech and press. SPJ does not issue stock and has no parent corporation.

- **The Thomas Jefferson Center for the Protection of Free Expression** is a nonprofit, nonpartisan organization located in Charlottesville, Virginia. The Center has as its sole mission the protection of freedom of speech and press from threats of all forms. The Center pursues that mission through research, educational programs, and intervention on behalf of the right of free expression. Since its founding in 1990, the Center has actively participated in state and federal court cases that raise important free expression issues. The Center has no parent corporation and does not issue stock.

Dated: May 22, 2008

Respectfully submitted,

Mark Davies